UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOGICALIS, INC.,

    Plaintiff,

v.

CENTERGRID, LLC, *et al.*,

    Defendants.

Case No. 21-cv-12894
Hon. Matthew F. Leitman

_____/

### ORDER TERMINATING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE AS MOOT (ECF No. 20)

On December 10, 2021, Plaintiff Logicalis, Inc. filed this action against several Defendants. (*See* Compl., ECF No. 1.)  Logicalis alleges, among other things, that Defendants misappropriated its trade secrets and breached certain contracts. (*See id.*)  Defendants then filed a partial motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 20.)

On February 8, 2022, without expressing any view on the merits of the motion to dismiss, the Court entered an order granting Logicalis leave to file a First Amended Complaint in order to remedy the alleged deficiencies in its claims identified by Defendants in the motion to dismiss. (*See* Order, ECF No. 22.)  The Court informed the parties that if Logicalis decided to file a First Amended

1

Complaint, it would terminate Defendants' motion to dismiss without prejudice. (*See id.*)

On February 14, 2022, Logicalis filed a notice with the Court that it intends to file a First Amended Complaint. (*See* Notice, ECF No. 23.) Accordingly, because Logicalis will be filing a First Amended Complaint, the Court **TERMINATES** Defendants' motion to dismiss (ECF No. 20) **WITHOUT PREJUDICE AS MOOT**. Defendants may re-file a motion to dismiss directed at the First Amended Complaint if they believe that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 22, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 22, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2