UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOGICALIS, INC.,

    Plaintiff,

v.

    Case No. 21-cv-12894
    Hon. Matthew F. Leitman

CENTERGRID, LLC, *et al.*,

    Defendant.

_____/

## ORDER (1) GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS (ECF No. 27) AND (2) SETTING DEADLINE FOR DEFENDANTS TO FILE THEIR ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

On March 15, 2022, Defendants Centergrid, LLC, Nico Baumgart, Bob Chapp, Ryan Feld, Bobby Hamilton, Sarah Harrison, Alisha Johnson, Rebecca Micracle, Felipe Ramirez, Ulizes Sancen, David Townsend, and Ron Williams filed a motion to dismiss Plaintiff's Amended Complaint in this action. (*See* Mot., ECF No. 27.) The Court held a hearing on the motion on December 12, 2022. For the reasons stated on the record at the motion hearing, **IT IS HEREBY ORDERED THAT**:

- Defendants' motion to dismiss is **GRANTED** to the extent that Defendants seek dismissal of Plaintiff's unfair competition claim

1

in Count VII of the Amended Complaint. (*See* Am. Compl., ECF No. 26, PageID.213.) That claim is **DISMISSED**.

- Defendants' motion to dismiss is **DENIED** in all other respects.

Additionally, Defendants shall file their Answer to Plaintiff's Amended Complaint by January 9, 2023.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 12, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 12, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126