UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOGICALIS, INC.,

      Plaintiff,                                     Case No. 21-cv-12894
                                                                        Hon. Matthew F. Leitman

v.

CENTERGRID, LLC, et al.,

      Defendants.
_____/

## ORDER STAYING ACTION PENDING SETTLEMENT CONFERENCE

On January 12, 2024, the Court held an on the record status conference with counsel to discuss discovery disputes and other areas of contention between the parties. During the conference, it became clear to the Court that the best path forward is for the Court to convene and preside over a combined settlement conference and status conference. The Court will be issuing an order to attend such conference shortly. Until further order of the Court, **all** proceedings in this action are **STAYED** – meaning that there shall be no additional filings of any type and no discovery conducted. If the case does not settle, the Court will set new dates on the Case Management Order and new deadlines for responding to pending motions and filing new motions.

      **IT IS SO ORDERED**.

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated:  January 12, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 12, 2024, by electronic means and/or ordinary mail.

                                           s/Holly A. Ryan
                                           Case Manager
                                           (313) 234-5126